IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN BACHHUBER, on behalf of himself
and others similarly situated,

        Plaintiff,

v.

ALPINE FUNDING PARTNERS, LLC,

        Defendant.

Case No. 3:24-cv-00907-wmc-amb

**PLAINTIFF'S MOTION FOR LEAVE TO FILE INSTANTER PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Kevin Bachhuber respectfully moves the Court for leave to file instanter a Reply in Support of Plaintiff's Motion to Compel. *See* Dkt. 29. In support, Plaintiff states as follows:

1.  Plaintiff respectfully requests leave in light of the Court's Preliminary Pretrial Conference Order. Dkt. 15, at 4 ("Replies may not be filed unless requested by the court."); *see also Golat v. Wis. State Ct. Sys.*, No. 2025 U.S. Dist. LEXIS 160186 at *2, n.1, No. 23-cv-719 (W.D. Wis. Aug. 18, 2025) (considering reply that was filed "without leave of court").

2.  Defendant's Brief in Opposition and Declaration of Michael Fountain both raise new arguments and factual assertions that warrant a succinct reply. *See* Dkt. 30–31.

3.  To ensure that the pending motion (Dkt. 29) is adjudicated on the merits, Plaintiff respectfully requests leave to file instanter the short reply attached hereto as Exhibit A ("Ex. A").

*[Attorney signature block to follow on next page.]*

1

Date: September 11, 2025

        Respectfully submitted,

        */s/ Cassandra P. Miller*
        Cassandra P. Miller (*pro hac vice*)
        Alex Phillips
        Samuel J. Strauss (*pro hac vice*)
        **STRAUSS BORRELLI PLLC**
        980 N. Michigan Avenue, Suite 1610
        Chicago, Illinois 60611
        T: (872) 263-1100
        F: (872) 263-1109
        aphillips@straussborrelli.com
        sam@straussborrelli.com
        cmiller@straussborrelli.com

        Anthony Paronich
        **PARONICH LAW, P.C.**
        350 Lincoln St., Suite 2400
        Hingham, MA 02043
        T: (617) 485-0018
        F: (508) 318-8100
        anthony@paronichlaw.com

        *Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

      DATED this 11th day of September, 2025.

                                      Respectfully submitted,

                                      */s/ Cassandra P. Miller*
                                      Cassandra P. Miller
                                      **STRAUSS BORRELLI PLLC**
                                      980 N. Michigan Avenue, Suite 1610
                                      Chicago, Illinois 60611
                                      T: (872) 263-1100
                                      F: (872) 263-1109
                                      cmiller@straussborrelli.com