UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEVIN BACHHUBER,<br>on behalf of himself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE FUNDING PARTNERS, LLC,<br><br>Defendant. | Case No. 3:24-cv-00907-wmc-amb |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

Plaintiff Kevin Bachhuber ("Plaintiff") and Defendant Alpine Funding Partners, LLC ("Defendant") (together, the "Parties") jointly move the Court for a two-week extension of Plaintiff's deadline to respond to Defendant's Motion to Compel. In support of this request, the Parties state as follows:

1. On August 13, 2025, Defendant filed a Motion to Compel (the "Motion"). *See* ECF Nos. 23–26.

2. On August 21, 2025, and again on September 3, 2025, the Court granted the Parties' joint requests for extensions to allow additional time for the Parties to confer under Rule 37 and for Plaintiff to continue his rolling productions. *See* Dkt. No. 28 and 30.

3. Plaintiff's opposition is currently due September 17, 2025.

4. Since the Court's last order, the Parties have continued to work cooperatively to resolve or narrow the issues presented in the Motion without Court intervention. The Parties most

1

recently held a Rule 37 video conference on September 16, 2025, and have exchanged further correspondence regarding Plaintiff's productions.

5. Plaintiff has already made multiple productions totaling hundreds of pages and has agreed to produce additional categories of information on a rolling basis. One of the largest categories of Defendant's requests that the Parties continue to work through includes four years of Plaintiff's email correspondence. This production requires a manual review of several thousand emails for confidentiality, privilege, and relevance before production.

6. Because of the volume of correspondence and the need for careful manual review, additional time is necessary for Plaintiff to complete his rolling production. Defendant has agreed that an extension is appropriate.

7. During the September 16, 2025 Rule 37 conference, the Parties discussed the need for additional time, and undersigned counsel for Defendant indicated that Defendant did not oppose the relief requested herein.

8. The Parties agree that the requested extension is necessary to allow Plaintiff sufficient time to complete his rolling production, provide Defendant time to review, conduct any necessary follow- up discussions on the production and enable the Parties to determine whether the Motion can be resolved without Court intervention or at least narrowed significantly.

9. Consistent with Rule 37(a)(1) and this Court's preference for the Parties to confer in good faith to resolve discovery disputes without judicial involvement where possible, the requested extension will conserve party and judicial resources.

10. This request is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

WHEREFORE, the Parties respectfully request that the Court extend Plaintiff's deadline to respond to Defendant's Motion to Compel by 21 days, from September 17, 2025 to October 8, 2025, in order to allow the Parties to continue their good-faith efforts to resolve this discovery dispute without Court intervention.

Date: September 17, 2025

Respectfully submitted,

/s/ Cassandra P. Miller
Cassandra P. Miller (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
cmiller@straussborrelli.com

*Attorneys for Plaintiff and Proposed Class*

Date: September 17, 2025

Respectfully submitted,

/s/ Matthew J. Morris
David A. Picon
Matthew J. Morris
**PROSKAUER ROSE LLP**
11 Times Square
New York, New York 10036
212.969.3974
dpicon@proskauer.com
mmorris@proskauer.com

*Attorneys for Defendant*