UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE FUNDING PARTNERS, LLC,<br><br>Defendant. | Case No. 3:24-cv-00907-wmc-amb |

**DECLARATION OF CASSANDRA P. MILLER IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

I, Cassandra P. Miller, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner with Strauss Borrelli PLLC and counsel for Plaintiff in this action. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion to Compel. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and accurate copy of Plaintiff's Responses to Defendant's First Set of Interrogatories served on May 16, 2025.

3. On August 19, 2025, Plaintiff served Defendant with more than 600 pages of business applications, funding and grant requests associated with Plaintiff's various businesses. A true and accurate copy of the cover email transmitting this production (Bates Nos. PL-Bachhuber-00005–000697) is attached as **Exhibit 2**.

1

4. On August 26, 2025, I sent an email to Defendant's counsel requesting clarification regarding the scope of certain discovery requests. A true and correct copy of that email is attached hereto as **Exhibit 3**.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant's email identifying the search terms to be used for Plaintiff's email accounts, together with Defendant's response providing the search-term results.

6. On August 27, 2025, Plaintiff produced signed authorizations allowing Defendant to obtain call log records directly from Google Voice, Verizon, and Mint Mobile. A true and accurate copy of the cover email transmitting those authorizations is attached as **Exhibit 5**.

7. On August 28, 2025, Plaintiff produced tax returns for the years 2020–2024. A true and accurate copy of the cover email transmitting that production is attached as **Exhibit 6**.

8. On August 29, 2025, I held a Rule 37 video conference with Defendant's counsel, Matthew Morris, to discuss Plaintiff's discovery production concerning the email searches requested by Defendant. Attached hereto as **Exhibit 7** is a true and correct copy of my September 2, 2025 follow-up email memorializing that conference, along with the subsequent related email exchange on the same subject.

9. On September 9, 2025, my office received from Plaintiff a set of 30,857 emails that had been identified as responsive to Defendant's requested search terms.

10. After my office conducted de-duplication and refinement—removing duplicates, replies, forwards, and irrelevant iterations—the dataset was reduced to 8,493 emails for review.

11. From that refined set, Plaintiff's counsel conducted a line-by-line manual review. For the first batch of production on September 12, 2025, Plaintiff reviewed 623 emails and produced 76 responsive emails (totaling 613 pages, Bates Nos. PL-Bachhuber-000830–0001443),

subject to redactions. To date, Plaintiff has produced more than 80 responsive emails, along with each form signature line used by Plaintiff's business email account between 2020–2024.

12. Attached hereto as **Exhibit 8** is a true and correct copy of the September 4, 2025 email from Defendant's counsel, Matt Morris, requesting that Plaintiff execute a WhatsApp authorization. The proposed authorization itself is attached hereto as **Exhibit 9**.

13. Attached hereto as **Exhibit 10** is a true and correct copy of my September 4, 2025 email to Defendant's counsel, Matt Morris, requesting a Rule 37 conference to address Plaintiff's concerns regarding the proposed WhatsApp authorization.

14. On September 4, 2025, I participated in a Rule 37 video conference with Defendant's counsel regarding the requested WhatsApp authorization. During that conference, I explained that Plaintiff's WhatsApp account is used almost entirely for personal communications, with only limited business use during discrete periods of international travel, and I offered to provide an affidavit confirming this fact along with the dates of such travel. Following the conference, I sent Defendant's counsel an email proposing reasonable alternatives to the overbroad authorization. A true and correct copy of that September 9, 2025 email is attached hereto as **Exhibit 11**.

I declare under penalty of perjury that the foregoing is true and correct.

*[Attorney signature block to follow on next page.]*

Executed on September 24, 2025, in Chicago, Illinois.

        Respectfully submitted,

        */s/ Cassandra P. Miller*
        Cassandra P. Miller (*pro hac vice*)
        **STRAUSS BORRELLI PLLC**
        980 N. Michigan Avenue, Suite 1610
        Chicago, Illinois 60611
        T: (872) 263-1100
        F: (872) 263-1109
        cmiller@straussborrelli.com

        Anthony Paronich
        **PARONICH LAW, P.C.**
        350 Lincoln St., Suite 2400
        Hingham, MA 02043
        T: (617) 485-0018 F: (508) 318-8100
        anthony@paronichlaw.com

        *Attorneys for Plaintiff and Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Cassandra Miller, hereby certify that on September 24, 2025, I caused the foregoing to be filed electronically using the Court's ECF system which will send an electronic copy of the document to all parties and counsel of record.

DATED this 24th day of September, 2025.

                                              Respectfully submitted,

                                              */s/ Cassandra P. Miller*
                                              Cassandra P. Miller (*pro hac vice*)
                                              Alex Phillips
                                              Samuel J. Strauss (*pro hac vice*)
                                              **STRAUSS BORRELLI PLLC**
                                              980 N. Michigan Avenue, Suite 1610
                                              Chicago, Illinois 60611
                                              T: (872) 263-1100
                                              F: (872) 263-1109