# — EXHIBIT 2 —

| | |
|---|---|
| From: | Caralina Casperson |
| To: | mmorris@proskauer.com; DPicon@proskauer.com; ATeran@proskauer.com; dpoland@staffordlaw.com; cgerads@staffordlaw.com; lcallan@staffordlaw.com |
| Cc: | Anthony Paronich; TCPA Team |
| Subject: | Bachhuber v. Alpine Funding Partners, LLC (USDC WDWI No. #3:24-cv-00907-wmc) - Plaintiff"s Supplemental Production [PL-BACHHUBER-00005-000697] |
| Date: | Tuesday, August 19, 2025 5:23:57 PM |
| Attachments: | image001.png<br>image002.png |

Counsel:

Below please find a link to Mr. Bachhuber's supplemental production (Bates Nos. PL-BACHHUBER-00005-000697) in the above-captioned cause for service today, August 19, 2025.

⎵ 2025-08-19 - Pl Bachhuber Production [PL-BACHHUBER-00005-000697]

This link will expire on September 19, 2025.  Please contact this office with any questions or concerns related to this transmittal.

Respectfully,



Caralina Casperson  She/Her
Paralegal

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100     F: 872.263.1109
E: ccasperson@straussborrelli.com
straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.