— **EXHIBIT 3** —

**From:** Cassandra Miller
**To:** Morris, Matthew J.; Caralina Casperson
**Cc:** Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan
**Subject:** RE: Bachhuber v. Alpine Funding Partners, LLC - Rule 37
**Date:** Tuesday, August 26, 2025 3:03:00 PM
**Attachments:** image001.png
image002.png
image003.png

Hi Matt,

We are working with our client to obtain tax documents from our client, but could you please clarify what specific years you are seeking?

With respect to correspondence, could you be more specific about what you are requesting? The most recent production includes correspondence on Bachhuber Consulting letterhead (e.g., PL-BACHHUBER_000014–17). Are you asking for any correspondence ever sent or received by any of these businesses, or something more specific? A demand for any and all correspondence listing a phone number for anyone associated with one of the businesses over an undefined period of time is extraordinarily broad. I am willing to work with you and have my client continue his search, but I need more specific parameters to guide that effort. If there are particular categories of documents or correspondence you believe are missing, identifying those would be helpful.

For immediate purposes, I will assume you are seeking tax returns for the class period years (2020–2024) and will have my client begin collecting those. If you believe a different scope is appropriate, please let me know.

Thanks,
Cassandra



**Cassandra Miller** She/Her
Partner

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P:** 872.263.1100        **F:** 872.263.1109
**E:** cmiller@straussborrelli.com

**straussborrelli.com**

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.