— **EXHIBIT 4** —

| | |
|---|---|
| **From:** | Morris, Matthew J. |
| **To:** | Cassandra Miller; Caralina Casperson |
| **Cc:** | Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan |
| **Subject:** | RE: Bachhuber v. Alpine Funding Partners, LLC - Rule 37 |
| **Date:** | Tuesday, August 26, 2025 4:40:32 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Cassandra,

Thanks. On the tax returns, we agree; our request covers the ones for 2020 through 2024.

On the correspondence, the time period is not "undefined," as you put it, because, again, the requests include an instruction defining the applicable period as from December 23, 2020 to December 23, 2024. We also would not need correspondence received by the businesses, as they would be unlikely to contain the phone numbers at which the businesses, or Bachhuber on their behalf, can be contacted. But the businesses' outgoing correspondence (including emails) likely would include those numbers. If you still believe the requests are "extraordinarily broad" despite those clarifications, we are certainly willing to work with you based on a hit count. Just tell us how many documents hit on "phone number" or "345-███" or ███ and, if the numbers are large, we will talk about ways to further narrow the requests.

Best,

Matt

**Matthew J. Morris**
Special Litigation Counsel

**Proskauer**
Eleven Times Square
New York, NY 10036-8299
d 212.969.3144
f 212.969.2900
mmorris@proskauer.com

---

**From:** Cassandra Miller <cmiller@straussborrelli.com>
**Sent:** Tuesday, August 26, 2025 4:03 PM
**To:** Morris, Matthew J. <MMorris@proskauer.com>; Caralina Casperson <ccasperson@straussborrelli.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; TCPA Team <TCPA@straussborrelli.com>; Picon, David A. <DPicon@proskauer.com>; Teran, Alan S. <ATeran@proskauer.com>; Laura Callan <lcallan@staffordlaw.com>
**Subject:** RE: Bachhuber v. Alpine Funding Partners, LLC - Rule 37

*This email sent by cmiller@straussborrelli.com originated from outside the Firm.*