# — **EXHIBIT 5** —

| | |
|---|---|
| **From:** | Cassandra Miller |
| **To:** | Morris, Matthew J.; Caralina Casperson |
| **Cc:** | Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan |
| **Subject:** | RE: Bachhuber v. Alpine Funding Partners, LLC - Rule 37 |
| **Date:** | Wednesday, August 27, 2025 10:37:18 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | 1 - Google_Voice___Release_of_Records___Kevin_Bachhuber-kbachh01_gmail.com.pdf |
| | 2 - Mint_Mobile___Release_of_Records___Kevin_Bachhuber-kbachh01_gmail.com.pdf |
| | 3 - Verizon___Release_of_Records___Kevin_Bachhuber-kbachh01_gmail.com.pdf |

Hey Matt,

As part of our continued Rule 37 discussions, attached please find Plaintiff's signed releases for the cellular call logs you requested.

As we agreed, Plaintiff will also be producing his tax returns for 2020-2024. We should definitely have the 2020 return ready for production tomorrow, and are working on the remaining years which we will produce on a rolling basis as they become available and ready for production. Hope to have all to you by tomorrow, but if not, by Friday.

We are also working on the correspondence you identified. I expect to have more to share on that front tomorrow, and it may make sense to schedule a call depending on what comes together. I'll know more by tomorrow and will follow up with you then.

Thanks,
Cassandra



**Cassandra Miller** *She/Her*
Partner

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P:** 872.263.1100    **F:** 872.263.1109
**E:** cmiller@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Morris, Matthew J. <MMorris@proskauer.com>
**Sent:** Tuesday, August 26, 2025 4:40 PM
**To:** Cassandra Miller <cmiller@straussborrelli.com>; Caralina Casperson <ccasperson@straussborrelli.com>