# — **EXHIBIT 6** —

| | |
|---|---|
| **From:** | Caralina Casperson |
| **To:** | Morris, Matthew J. |
| **Cc:** | Anthony Paronich; Picon, David A.; Teran, Alan S.; Laura Callan; Cassandra Miller; Sam Strauss; TCPA Team |
| **Subject:** | RE: Bachhuber v. Alpine Funding Partners, LLC - Rule 37 |
| **Date:** | Thursday, August 28, 2025 3:59:29 PM |
| **Attachments:** | image003.png<br>image004.png<br>image005.png |

Counsel:

Further to Cassandra's correspondence below, please find a link to Mr. Bachhuber's tax returns. I have also provided a table to label the corresponding Bates numbers to the returns.

The password to access this production will follow in a separate e-mail.

📁 2025-08-28 - Pl Bachhuber Production [PL-BACHUUBER_000698-000825]

| Return | Bates |
|---|---|
| 2020 Tax Return | PL-BACHHUBER_000698-000711 |
| 2021 Tax Return | PL-BACHHUBER_000712-000747 |
| 2022 IRS Record of Account | PL-BACHHUBER_000748-000756 |
| 2023 Tax Return | PL-BACHHUBER_000757-000805 |
| 2024 Tax Return | PL-BACHHUBER_00806-000824 |

Please let us know if you have any questions or concerns related to this transmittal.

Respectfully,



**Caralina Casperson** *She/Her*
Paralegal

**Strauss Borrelli PLLC**

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100   F: 872.263.1109
E: ccasperson@straussborrelli.com

straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

**From:** Cassandra Miller <cmiller@straussborrelli.com>
**Sent:** Wednesday, August 27, 2025 8:37 PM
**To:** Morris, Matthew J. <MMorris@proskauer.com>; Caralina Casperson <ccasperson@straussborrelli.com>
**Cc:** Anthony Paronich <anthony@paronichlaw.com>; TCPA Team <TCPA@straussborrelli.com>; Picon, David A. <DPicon@proskauer.com>; Teran, Alan S. <ATeran@proskauer.com>; Laura Callan