# — **EXHIBIT 7** —

| | |
|---|---|
| **From:** | Cassandra Miller |
| **To:** | "Morris, Matthew J."; Caralina Casperson |
| **Cc:** | Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan |
| **Subject:** | RE: Bachhuber v. Alpine Funding Partners, LLC - Supplemental Production and Request Additional Time |
| **Date:** | Tuesday, September 2, 2025 3:12:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Hi Matt,

Following up on our Rule 37 call last week, we've been working with Plaintiff on his search and production of the "correspondence" you requested. We plan to produce several email signature lines today and below is a list of the resulting hit counts based on the terms you provided.

Unless you would like to narrow these results, we can begin working on the individualized emails returned from your term list. That said, we will need additional time for our client to collect and send us all the emails and for us to review them for confidentiality, privilege, and/or removal of sensitive non-relevant information.

Our opposition to the pending motion to compel is **due tomorrow.** To allow us to continue working cooperatively on the remainder of the production—which will take more time for collection and review—would you be agreeable to another **14-day extension**? If so, we can prepare a joint motion to extend, similar to the last.

We believe this approach makes sense and would prefer to resolve these issues through continued meet-and-confer rather than motion practice. Happy to discuss further if helpful.

Please confirm whether we should work from the below list of returned emails or if you would like to discuss narrowing the production at all.

Thanks,

Cassandra

**Hit List:**

| Search Term | Number Hits |
|---|---|
| "Phone number" | 2,199 |
| "608-345-▇▇▇▇" | 4,093 |
| "▇▇▇▇▇▇" | 4,169 |
| "608-512-▇▇▇▇" | 4,995 |
| **TOTAL:** | **15,456** |

| | |
|---|---|
| **From:** | Morris, Matthew J. |
| **To:** | Cassandra Miller; Caralina Casperson |
| **Cc:** | Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan |
| **Subject:** | RE: Bachhuber v. Alpine Funding Partners, LLC - Supplemental Production and Request Additional Time |
| **Date:** | Tuesday, September 2, 2025 5:11:14 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

Cassandra,

We are okay with the further two-week extension you've requested.

Regarding the hit counts, I can see that 15,456 is the sum of the four smaller numbers that precede it, but I cannot tell whether that means that those four search terms produced hits in 15,456 different documents, or a smaller number. For example, if a document says "Phone number: 608-345▇▇▇▇," does it get counted in both the 2,199 "Phone number" hits you've identified, and the 4,093 "608-345-▇▇▇▇" hits? Likewise, do the "▇▇▇▇" hits include all the "608-345▇▇▇▇" hits? In light of those questions, what is the number of docs? Happy to talk about it on a call in the morning if that is easier.

Matt

**Matthew J. Morris**
Special Litigation Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3144
f 212.969.2900
mmorris@proskauer.com

| | |
|---|---|
| **From:** | Cassandra Miller |
| **To:** | Morris, Matthew J.; Caralina Casperson |
| **Cc:** | Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan |
| **Subject:** | RE: Bachhuber v. Alpine Funding Partners, LLC - Supplemental Production and Request Additional Time |
| **Date:** | Tuesday, September 2, 2025 5:28:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Thanks, Matt. I'll get you a draft of the motion to extend.

To quickly answer your questions: since this is just our client running simple searches of his email account (not a sophisticated query), I don't think we can really know the exact number of documents or any overlap without a manual review once he provides them. Happy to jump on a call tomorrow if you'd like to talk it through—just let me know if you'd prefer to discuss ways to narrow things down or if we should simply have him start pulling the resulting emails now.

Thanks.



**Cassandra Miller** *She/Her*
Partner

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
P: 872.263.1100    F: 872.263.1109
E: cmiller@straussborrelli.com
straussborrelli.com

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.

| | |
|---|---|
| **From:** | Morris, Matthew J. |
| **To:** | Cassandra Miller; Caralina Casperson |
| **Cc:** | Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan |
| **Subject:** | RE: Bachhuber v. Alpine Funding Partners, LLC - Supplemental Production and Request Additional Time |
| **Date:** | Wednesday, September 3, 2025 9:39:24 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Cassandra,

I don't think we need a call about the hits. Please do go ahead and produce the emails.

**Matthew J. Morris**
Special Litigation Counsel

**Proskauer**
Eleven Times Square
New York, NY 10036-8299
d 212.969.3144
f  212.969.2900
mmorris@proskauer.com