— **EXHIBIT 8** —

| | |
|---|---|
| **From:** | Morris, Matthew J. |
| **To:** | Cassandra Miller; Caralina Casperson |
| **Cc:** | Anthony Paronich; TCPA Team; Picon, David A.; Teran, Alan S.; Laura Callan |
| **Subject:** | Bachhuber v. Alpine Funding Partners, LLC |
| **Date:** | Thursday, September 4, 2025 8:58:49 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>Authorization - Meta.docx |

Cassandra,

Would you please arrange for Mr. Bachhuber to execute the attached authorization?

Matt


**Matthew J. Morris**
Special Litigation Counsel

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3144
f  212.969.2900
mmorris@proskauer.com

---



**Cassandra Miller** *She/Her*
Partner

980 N Michigan Ave., Suite 1610, Chicago, IL 60611
**P:** 872.263.1100     **F:** 872.263.1109
**E:** cmiller@straussborrelli.com

**straussborrelli.com**

The information contained in this message is confidential and intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this message and then deleting this message from your computer.