# — **EXHIBIT 9** —

AUTHORIZATION TO RELEASE CELLULAR TELEPHONE CALL RECORDS

Account Holder Name: Kevin Bachhuber

WhatsApp Number: (608) 345-████

Service Provider: Meta Platforms, Inc., C/O CT Corporation System,
330 N. Brand Blvd., Suite 700, Glendale, CA 91203

      I hereby authorize you to release to Stafford Rosenbaum LLP, 222 West Washington Avenue, Suite 900, P.O. Box 1784, Madison, WI 53701-1784, all WhatsApp metadata (including logs of incoming messages and outgoing messages) associated with the cellular telephone number (608) 345-████ during the period of time of December 23, 2020 through December 23, 2024. A copy of this authorization shall have the same force and effect as the original. This authorization shall remain in full force and effect for a period of one year unless specifically revoked in writing by the account holder.

_____     _____
Signature                           Date

_____
Print Name:
Title: