IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KEVIN BACHHUBER,

                Plaintiff,

v.

ALPINE FUNDING PARTNERS, LLC,

                Defendant.

ORDER

24-cv-907-wmc

---

The court held a telephonic hearing on September 25, 2025, to address the parties' motions to compel, Dkts. 23 & 29, plaintiff's motion to extend the class certification deadlines in light of the discovery issues, Dkt. 34, and plaintiff's motion for leave to file a reply in support of his motion to compel, Dkt. 35. Plaintiff was represented by Attorneys Cassandra Miller and Anthony Paronich and defendant was represented by Attorneys David Picon and Matthew Morris.

For the reasons stated on the record at the hearing, the court made the following rulings:

1. Plaintiff's motion for leave to file a reply, Dkt. 35, is GRANTED and the court also GRANTED his motion to compel production of a data set of call and text records from December 2020 to December 2024, Dkt. 29.

2. Defendant's motion to compel materials and information from December 2020 to December 2024 related to whether plaintiff's phone number was used for business purposes, Dkt. 23, is GRANTED.

3. The parties bear their own costs and fees on these motions to compel.

4. Plaintiff's motion to extend the class certification deadline, Dkt. 34, is GRANTED in part as follows:

    a. Discovery production as ordered above is due October 16, 2025;

    b. Plaintiff's motion for class certification and disclosure of class certification expert reports/summaries are due December 1, 2025;

    c. Defendant's opposition to class certification, disclosure of class certification expert reports/summaries, and *Daubert* motions for class certification experts are due January 5, 2026;

    d. Plaintiff's reply in support of his motion for class certification, his responses to defendant's *Daubert* motions, and his *Daubert* motions are due February 9, 2026;

    e. Defendant's response to plaintiff's *Daubert* motions and replies in support of its *Daubert* motions are due March 2, 2026; and

    f. Plaintiff's replies in support of his *Daubert* motions are due March 23, 2026.

Although these deadlines have changed, the policies and procedures detailed in the court's preliminary pretrial conference order and in Judge Conley's preliminary pretrial packet remain in force. Dkt. 15. All other deadlines remain in place.

SO ORDERED.

Entered September 25, 2025.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge