UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KEVIN BACHHUBER<br>*on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ALPINE FUNDING PARTNERS, LLC<br><br>Defendant. | Civil Action No.:    24-cv-907<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are dismissed without prejudice.

DATED:  October 28, 2025                                                    Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Tel: 617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ David A. Picon
David A. Picon
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: 212-969-3000
Fax: 212-969-2900
Email: dpicon@proskauer.com

*Counsel for Defendant*